# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

April 28, 2014

Hon. Michael J. Kaplan
United States Bankruptcy Court
300 Pearl Street, Suite 350
Part I Courtroom, 3rd Floor
Buffalo, NY 14202-2501

    Re:    Richard N. Hy
            Bk. No. 13-12823K

Dear Judge Kaplan:

Would you please **WITHDRAW** the Motion for Contempt which is scheduled for **May 12, 2014 at 10:00 a.m.** in regards to the above captioned matter.

If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                        Very truly yours,

                        JOHN H. RING, III

JHR/pls
cc:    U.S. Trustee's Office
        David F. Butterini, Esq.
        Richard N. Hy